# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARCAVAGE, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>NEXTGEN LEADS, LLC<br><br>  Defendant. | No. 3:20-CV-00409-LAB-MDD<br><br>**ORDER OF DISMISSAL** |

The parties jointly filed a Notice of Voluntary Dismissal seeking dismissal with prejudice of all claims in this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, all claims in this matter are **DISMISSED WITH PREJUDICE**. The Clerk is directed to close the case.

Dated: October 29, 2020

_____
Hon. Larry Alan Burns
Chief United States District Judge